Gerhardt C. Schupp, Plff. in Err., v. Margaretta Schupp.

Scire facias sur mortgage held to aver with sufficient precision the non-payment of principal and interest for sufficient length of time to render the whole amount due and payable according to the condition of the mortgage.

Affidavit of claim held admissible in evidence so far as it was not denied.

(Decided January 4, 1886.)

Error to Common Pleas, No. 1, of Allegheny County. Affirmed.

NOTE.—A scire facias sur mortgage takes the place of a statement, and should, therefore, aver that the mortgage has become due because of. the expiration of twelve months from the term of payment (Weigley v. Charlier, 9 Pa. Dist. R. 670, 8 Del. Co. Rep. 71); or, if issued before that time,

*J. McF. Carpenter* for plaintiff in error.

*Bruce, Negley, & Shields* for defendant in error.

PER CURIAM:

In so far as the affidavit of claim was not denied, it is admissible in evidence under the rule of court.

The scire facias avers with sufficient precision the nonpayment of principal and interest for more than ninety days, whereby, according to the conditions of the mortgage, the whole became due and payable and a writ of scire facias might at once be issued. There is no error in answer to the point submitted.

Judgment affirmed.